IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EUGENE SHARP                                                    PLAINTIFF

v.                          No. 1:12-cv-67-DPM

BAD BOY MOWERS, INC.                                          DEFENDANT

## JUDGMENT

Sharp's amended complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2013